April 15, 2013.

I, John Rice, do sue The Harris County Hospital District and Harris Health Systems, and various psychiatrists and doctors, who did work and or do work for these  systems including Dr. Gururaj and others, and other doctors and employees for medical malpractice, fraud, malpractice,  infliction of mental duress, violation of my rights under The Health Insurance Portability and Accountability Act ( HIPAA),  and mental duress.

Various psychiatrists, Dr. Guruaj and others, and other doctors and the Harris County Healthcare System did prescribe the drug Aricept for memory improvement and Attention Deficit Disorder and Adult Attention Deficit Hyperactivity Disorder when Aricept is only approved by the Federal Food and Drug Administration for Alzheimer's.

A  psychiatrist before Dr. Gururaj contacted doctors and psychiatrists in the Dallas, Texas area and in the Dallas County Healthcare System for information about me and my medical conditions without my permission which is prohibited by HIPAA and is a violation of my rights under the HIPPA Act.

John Rice

John Rice
General Delivery
Houston, Texas
77052

I ask that the Judge appoint an attorney to represent me.
I do hereby sue for unspecified damages.