UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN RICE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-1562 |
| | § | |
| HARRIS COUNTY HOSPITAL | § | |
| DISTRICT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL FOR WANT OF PROSECUTION

1. The summons has not been served within 120 days of the filing of the complaint.

2. This action is **DISMISSED** without prejudice for want of prosecution. Fed. R. Civ. P. 4(m).

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED at Houston, Texas, this 23rd day of September, 2013.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE